# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

☒ Under Seal

**Place of Offense:**
- City: Phnom Penh, Cambodia
- County: N/A

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.
Search Warrant Case No.

Judge Assigned: CMH
Criminal No.: 1:18-CR-454
New Defendant:
Arraignment Date:
R. 20/R. 40 From:

**Defendant Information:**

- Defendant Name: Isaac N. Gibbons
- Alias(es):
- ☐ Juvenile  FBI No.
- Address: XXXXX Monument Drive, Unit XXX, Fairfax, Virginia, 22033-5512
- Employment:
- Birth Date: XX/XX/1977
- SSN: XXX-XX-7093
- Sex: Male
- Race: Biracial
- Nationality: USA
- Place of Birth: Santa Ana, CA
- Height: 6'0"
- Weight: 240 lbs
- Hair: Brown
- Eyes: Brown
- Scars/Tattoos:
- ☐ Interpreter  Language/Dialect:
- Auto Description:

**Location/Status:**

- Arrest Date:
- ☐ Already in Federal Custody as of:  in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

**Defense Counsel Information:**

- Name: David Benowitz
- ☐ Court Appointed
- Counsel Conflicts:
- Address: 110 North Washington Street, Suite 303, Rockville MD
- ☒ Retained
- Phone: (202) 271-5249
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

- AUSA(s): Danya E. Atiyeh
- Phone: (703) 299-3824
- Bar No.: VA Bar 81821

**Complainant Agency - Address & Phone No. or Person & Title:**

SA Jose Gonzalez, Diplomatic Security Service, US State Department

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §§ 2241(a) | Aggravated Sexual Abuse by Force | 1 | Felony |
| Set 2: | 18 U.S.C. §§ 2242(1) | Sexual Abuse | 1 | Felony |

Date: 11/06/2018   AUSA Signature: [signature]   *may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. §§ 2242(b) | Abusive Sexual Contact | 1 | Felony |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form    Reset Form