UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: <u>THERESA CARRROLL BUCHANAN</u>

UNITED STATES OF AMERICA     HEARING: <u>DH</u>     CASE #: <u>18CR454</u>

-VS-     DATE: <u>12/13/18</u>     TIME: <u>2:00 pm</u>

TYPE: <u>FTR RECORDER</u>     DEPUTY CLERK: <u>T. FITZGERALD</u>

<u>Isaac Gibbons</u>

COUNSEL FOR THE UNITED STATES: <u>D. Atiyeh</u>

COUNSEL FOR THE DEFENDANT: <u>D. Benowitz</u>

INTERPRETER: _____ LANGUAGE: _____

( x ) DEFENDANT APPEARED:  ( x ) WITH COUNSEL  (  ) WITHOUT COUNSEL

(  ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(  ) COURT TO APPOINT COUNSEL _____  (  ) DFT. TO RETAIN COUNSEL

(  ) GVT. CALL WITNESS & ADDUCES EVIDENCE

(  ) EXHBIT # _____ ADMITTED

(  ) PROBABLE CAUSE: FOUND (  ) / NOT FOUND (  )

(  ) PRELIMINARY HEARING WAIVED

(  ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(  ) DEFT. ADMITS VIOLATION (  ) DFT. DENIES VIOLATION  (  ) COURT FINDS DFT. IN VIOLATION

**MINUTES:** <u>USA submits on the recommendation from Pretrial Services as to detention; Deft argues for bond w/conditions-GRANTED.</u>

**CONDITIONS OF RELEASE:**
($ 50,000 ) UNSECURED BOND  ($  ) SECURED ( x ) PTS (  ) 3^RD PARTY ( x ) TRAVEL RESTRICTED
( x ) APPROVED RESIDENCE (  ) SATT ( x ) PAY COSTS ( x ) HOME DETENTION
( x ) MENTAL HEALTH TEST/TREAT (  ) ROL (  ) NOT DRIVE ( x ) FIREARM ( x ) PASSPORT
( x ) AVOID CONTACT (  ) ALCOHOL & DRUG USE (  ) EMPLOYMENT

( x ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS **to be released on bond once all conditions are met.**
(  ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

**NEXT COURT APPEARANCE:** _____ at _____ Before _____
(  ) DH (  ) PH (  ) STATUS (  ) TRIAL (  ) JURY (  ) PLEA (  ) SENT (  ) PBV (  ) SRV (  ) R5