IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | 1:18-CR-454 (CMH) |
| v. | ) ) | |
| ISAAC N. GIBBONS | ) ) | |

### JOINT PROPOSED ORDER

This matter having come before the Court on the parties' joint proposed order in the above-captioned case, and for good cause shown, the Court hereby orders:

1. The government's CIPA § 6 Motion will be due on **Wednesday, October 23rd**.

2. Any defense reply will be due on **Monday, November 4th**.

3. A hearing on this matter will take place on **Thursday, November 7th** at 9:30 A.M.

ENTERED this 21st day of October, 2019.

*Claude M. Hilton*
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE