EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No.: 1:18-CR-454 (CMH) |
| | : |
| ISAAC N. GIBBONS | : |
| | : |
| Defendant. | : |

**DEFENDANT'S SECOND CIPA § 5 NOTICE OF INTENT TO DISCLOSE CLASSIFIED INFORMATION**