7-1 LIMS (Rev. 10-2-17)



**FBI Laboratory**

2501 Investigation Parkway
Quantico, Virginia 22135

4940 Fowler Road
Huntsville, Alabama 35898

## LABORATORY REPORT

| To: | Jose Gonzalez | Date: April 23, 2018 |
|---|---|---|
| | Department of State | |
| | DS/DO/OSI, 10th Floor | Case ID No.: HQ-2541795 |
| | SA-15 | |
| | 1800 North Kent Street | Lab No.: 2018-00267-5 |
| | Arlington, VA 22209 | |

Communication(s):   January 25, 2018

Agency Reference(s):   PR-2017-00169

Subject(s):   Isaac Gibbons

Victim(s):

Discipline(s):   DNA

FBI Laboratory Evidence Designator(s):

| Item 2 | Two vaginal swabs from | (DOS Item #11) |
| Item 4 | Two oral swabs from | (DOS Item #11) |
| Item 5 | Saliva sample from | (DOS Item #11) |
| Item 6 | Saliva smear from | (DOS Item #11) |

The items listed above were subjected to serological testing and/or nuclear deoxyribonucleic acid (DNA) typing using short tandem repeats (STRs).[1]  Items 2 and 4 were also subjected to DNA typing using the AmpFℓSTR® Yfiler™ PCR Amplification Kit.

**RESULTS OF SEROLOGICAL AND NUCLEAR DNA EXAMINATIONS:**

### Item 2 (vaginal swabs)

Semen was identified[2] on item 2.

The DNA obtained from item 2 contains male and female DNA and is suitable for comparison purposes.

The Y-DNA obtained from item 2 indicates the presence of DNA from a single male individual.

**Item 4 (oral swabs)**

Item 4 was examined for the presence of semen; however, none was detected.[3]

Item 4 is consistent with originating from a single female individual and is suitable for comparison purposes.

No Y-DNA results[4] were obtained from item 4.

**Item 5 (saliva sample from DUNGCA)**

No DNA or sex typing results[4] were obtained from item 5.

**Item 6 (saliva smear from DUNGCA)**

A visual examination was conducted on item 6; however, no areas of biological value were observed.

**Database Entry Information:**

The DNA results obtained from the tested items are not eligible for entry into the Combined DNA Index System (CODIS). If future comparisons are requested, a known blood or buccal (saliva) sample from the victim and subject should be submitted.

No other serological or nuclear DNA examinations were conducted.

**Methods/Limitations:**

The following methods and limitations apply to the results/conclusions provided in the results section(s) of this report and are referenced by number in the body of the text for clarity.

[1] The GlobalFiler® PCR Amplification Kit includes a Y indel, amelogenin, and DYS391 loci as well as the autosomal STR loci D3S1358, vWA, D16S539, CSF1PO, TPOX, D8S1179, D21S11, D18S51, D2S441, D19S433, TH01, FGA, D22S1045, D5S818, D13S317, D7S820, SE33, D10S1248, D1S1656, D12S391, and D2S1338. The Y indel, amelogenin, and DYS391 loci are used for sex determination. The AmpFlSTR® Yfiler™ PCR Amplification Kit includes the Y-STR loci DYS456, DYS389I, DYS390, DYS389II, DYS458, DYS19, DYS385a/b, DYS393, DYS391, DYS439, DYS635, DYS392, Y_GATA_H4, DYS437, DYS438 and DYS448. These Y-STR loci are located on the male Y-chromosome and are transmitted through a paternal lineage from father to son. Barring mutation, all males in the same paternal lineage have the

same Y-STR typing results. A paternal lineage consists of those male relatives to whom the same Y-chromosome has been transmitted from a common ancestor. PCR amplification kits are used to perform polymerase chain reaction (PCR) at the described loci. Due to the differences in type, quality, and/or quantity, samples may not be amplified using every kit.

[2] The identification of semen on an item is established by the microscopic observation of a sperm cell.

[3] This conclusion is based on the results of the acid phosphatase test, and/or the results of the microscopic examination for a sperm cell. Semen from azoospermic (e.g. vasectomized) males may not be detected on items subjected to microscopic examinations only. Insufficient quality and/or quantity of biological material may affect the ability to detect semen.

[4] Insufficient DNA quality and/or quantity can affect the ability to generate a DNA typing result and is not an absolute determination that an individual did not come into contact with an item of evidence.

**REMARKS:**

Additional evidence is pending serological and/or DNA examinations and will be subject to a second DNA Casework Unit report.

The work described in this report was conducted at the Quantico Laboratory. This report contains the opinions and interpretations of the issuing examiner and is supported by records retained in the FBI files. The submitted items will be returned to you under separate cover. For questions about the content of this report, please contact Forensic Examiner Brandon McCollum at ▮▮▮▮▮▮▮▮▮▮ For questions about the status of your submission, including any remaining forensic examinations, please contact Doug Hildebrand at ▮▮▮▮▮▮▮▮▮▮

In addition to the evidence in the case, the DNA Casework Unit has generated secondary evidence that will also be returned to you. The secondary evidence can be found in a package marked DNA Casework Unit Secondary Evidence. It is recommended that this evidence be stored in a refrigerator or freezer and isolated from evidence that has not been examined.

Brandon McCollum
DNA Casework Unit