7-1 LIMS (Rev. 10-2-17)

UNCLASSIFIED



# FBI Laboratory

2501 Investigation Parkway
Quantico, Virginia 22135

4940 Fowler Road
Huntsville, Alabama 35898

## LABORATORY REPORT

| | | | |
|---|---|---|---|
| To: | Department of State<br>DS/DO/OSI<br>Attn: SA Jose M. Gonzalez, SA-20<br>1801 N. Lynn Street<br>Washington, D.C. 20522-2008 | Date: | August 6, 2018 |
| | | Case ID No.: | HQ-2541795 |
| | | Lab No.: | 2018-00267-10 |

Communication(s):   January 25, 2018; May 29, 2018

Agency Reference(s):   PR-2017-00169

Subject(s):   Isaac Gibbons

Victim(s):

Discipline(s):   DNA

FBI Laboratory Evidence Designator(s):

| | | |
|---|---|---|
| Item 9 | Fingernail scrapings from | (DOS Item #11) |
| Item 10 | Panties from | (DOS Item #11) |
| Item 11 | Shirt from | (DOS Item #3-3) |
| Item 14 | Underwear from Isaac Gibbons | (DOS Item #3-8) |
| Item 15 | Paper towels from kitchen trash | (DOS Item #9) |
| Item 17 | Buccal sample from | |

The items listed above were subjected to serological testing and/or nuclear deoxyribonucleic acid (DNA) typing using short tandem repeats (STRs).[1]

**RESULTS OF SEROLOGICAL AND NUCLEAR DNA EXAMINATIONS:**

The DNA results from                       were also compared to the DNA results from items 2 and 4 [previously reported under FBI Laboratory Number 2018-00267-5 in the report dated April 23, 2018].

Page 1 of 3

**Item 2 (vaginal swabs)**

Male and female DNA was detected in item 2.

The DNA unlike           obtained from item 2 is consistent with originating from a single male individual and is suitable for comparison purposes.

**Item 4 (oral swabs)**

Female DNA is present in item 4.  No DNA typing results unlike           were obtained from item 4.

**Item 9 (fingernail scrapings)**

A mixture of male and female DNA was obtained from item 9.  No other DNA typing results unlike          were obtained from item 9.

**Item 10 (panties), Item 11 (shirt) and Item 15 (paper towels)**

Items 10, 11 and 15 were examined for the presence of semen; however, none was detected.[2]

**Item 14 (swabbing from inside front crotch area of underwear)**

Item 14 is consistent with originating from a single male individual and is suitable for comparison purposes.

**Database Entry Information:**

The DNA results obtained from the tested items are not eligible for entry into the Combined DNA Index System (CODIS).  If future comparisons are requested, a known blood or buccal (saliva) sample from the subject should be submitted.

No other serological or nuclear DNA examinations were conducted.

**Methods/Limitations:**

The following methods and limitations apply to the results/conclusions provided in the results section(s) of this report and are referenced by number in the body of the text for clarity.

[1] The GlobalFiler® PCR Amplification Kit includes a Y indel, amelogenin, and DYS391 loci as well as the autosomal STR loci D3S1358, vWA, D16S539, CSF1PO, TPOX, D8S1179, D21S11, D18S51, D2S441, D19S433, TH01, FGA, D22S1045, D5S818, D13S317, D7S820, SE33, D10S1248, D1S1656, D12S391, and D2S1338. The Y indel, amelogenin, and DYS391 loci are used for sex determination. PCR amplification kits are used to perform polymerase chain reaction (PCR) at the described loci.

[2] This conclusion is based on the results of the acid phosphatase test, and/or the results of the microscopic examination for a sperm cell. Semen from azoospermic (e.g. vasectomized) males may not be detected on items subjected to microscopic examinations only. Insufficient quality and/or quantity of biological material may affect the ability to detect semen.

**REMARKS:**

    Item 9 may be suitable for male specific Y-STR testing.

    The work described in this report was conducted at the Quantico Laboratory. This report contains the opinions and interpretations of the issuing examiner and is supported by records retained in the FBI files. The submitted items will be returned to you under separate cover. For questions about the content of this report, please contact Forensic Examiner Brandon McCollum at ▓▓▓▓▓▓▓▓. For questions about the status of your submission, including any remaining forensic examinations, please contact Doug Hildebrand at ▓▓▓▓▓▓▓▓

    In addition to the evidence in the case, the DNA Casework Unit has generated secondary evidence that will also be returned to you. The secondary evidence can be found in a package marked DNA Casework Unit Secondary Evidence. It is recommended that this evidence be stored in a refrigerator or freezer and isolated from evidence that has not been examined.

                                  Brandon McCollum
                                  DNA Casework Unit