## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 11/07/2019                                   Before the Honorable: **CLAUDE M. HILTON**

Time: 10:00 a.m. – 10:12 a.m. (00:12)             Case No.: 1:18-cr-00454-CMH-1

Official Court Reporter: Julie Egal

Courtroom Deputy: Tanya Randall

---

# UNITED STATES OF AMERICA

## V.

# <u>ISAAC N. GIBBONS</u>  <u>X</u> Present

| Counsel for Government | Counsel for Defendant |
|---|---|
| John Gibbs | David Benowitz |
| Clayton O'Connor | Edward MacMahon |
| Patricia Hayes | |

Appearances of Counsel for ( X ) Govt      ( X ) Deft

**Re:**      [ 68 ]  Defendant's Motion to Preclude the Proposed Expert Testimony of Dr. Matthew Soulier

Argued and:

[ X ]  Granted  [   ]  Denied          [   ]  Granted in part/Denied in part

[   ]  Taken Under Advisement       [   ]  Continued to

[   ]   Report and Recommendation to Follow

[   ]  Order to Follow

**Deft is:**
[   ]  Remanded   [   ]  Self Surrender [ X ]  Cont'd on same terms and conditions of release   [   ]  Custody