

FILED IN OPEN COURT

NOV 7 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | Criminal No.: 1:18-CR-454 (CMH) |
| **ISAAC N. GIBBONS** : | |
| **Defendant.** : | |

## DEFENDANT'S WAIVER OF A CRIMINAL JURY TRIAL PURUSANT TO RULE 23 (a)

I, Isaac N. Gibbons, the defendant in the above-entitled cause acknowledge that I am entitled to a jury trial and that I further understand that:

1. A jury consists of twelve (12) members of the community chosen to determine whether I am guilty, not guilty, or if applicable, not guilty by reason of insanity of the criminal charges brought against me in this matter.

2. I may participate in the selection of the jurors in this matter.

3. All twelve (12) jurors must unanimously vote to convict in order for a conviction to be obtained.

4. If I waive the right to a trial by jury, a judge alone will decide whether I am guilty, not guilty, or if applicable, not guilty by reason of insanity.

5. If I waive the right to a trial by jury and there is more than one charge, the judge will render separate verdicts for each count.

Having had an opportunity to consult with counsel, I knowingly and voluntarily waive my right to a jury trial and request to be tried by the Court. I have discussed with my attorneys the advantages and disadvantages of waiving my right to trial by jury.

I understand that by waiving my right to a jury trial any verdict or judgment entered by the Court will have the same force and effect as a jury verdict.

I acknowledge that this waiver is being made freely and voluntarily and that I have not been subject to any threats, pressure or coercion to induce this waiver nor have I been assured of any leniency or expectations of reward in consideration of this waiver.

Dated: 07 nov 2019

Defendant – Isaac N. Gibbons

We have provided notice to the prosecution that our client has waived his right to a jury trial.

Dated: 11/17/19

David B. Benowitz
Counsel for Isaac N. Gibbons

Dated: 11/7/19

Edward B. MacMahon, Jr.
Counsel for Isaac N. Gibbons

Dated: 11/7/19

Assistant United States Attorney
John T. Gibbs

Dated: _____

Claude M. Hilton
Senior United States District Judge

2