IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:18-CR-454 (CMH) |
| v. | ) | |
| | ) | |
| ISAAC N. GIBBONS, | ) | |
| | ) | |
| Defendant. | ) | Trial: November 12, 2019 |

## STIPULATION NO. 1

The United States and the defendant hereby stipulate and agree that the defendant, Isaac N. Gibbons is a United States citizen who was born in California.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
John T. Gibbs
Assistant United States Attorney

_____
ISAAC N. GIBBONS

_____
Edward B. MacMahon, Jr.
David Benowitz
Counsel for ISAAC N. GIBBONS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:18-CR-454 (CMH) |
| v. | ) | |
| | ) | |
| ISAAC N. GIBBONS, | ) | |
| | ) | |
| Defendant. | ) | Trial: November 12, 2019 |

## STIPULATION NO. 2

The United States and the defendant hereby stipulate and agree that from June 2016 through December 2017, the defendant, Isaac N. Gibbons, was a CIA case officer with an assignment in Phnom Penh, Cambodia.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
John T. Gibbs
Assistant United States Attorney

_____
ISAAC N. GIBBONS

_____
Edward B. MacMahon, Jr.
David Benowitz
Counsel for ISAAC N. GIBBONS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:18-CR-454 (CMH) |
| v. | ) | |
| | ) | |
| ISAAC N. GIBBONS, | ) | |
| | ) | |
| Defendant. | ) | Trial: November 12, 2019 |

STIPULATION NO. 3
---

The United States and the defendant hereby stipulate and agree that throughout his assignment in Cambodia from June 2016 through December 2017, Isaac N. Gibbons lived in a residence in Phnom Penh leased by the United States Embassy in Phnom Penh in connection with the United States' diplomatic mission to Cambodia.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
John T. Gibbs
Assistant United States Attorney

_____
ISAAC N. GIBBONS

_____
Edward B. MacMahon, Jr.
David Benowitz
Counsel for ISAAC N. GIBBONS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:18-CR-454 (CMH) |
| v. | ) | |
| | ) | |
| ISAAC N. GIBBONS, | ) | |
| | ) | |
| Defendant. | ) | Trial: November 12, 2019 |

## STIPULATION NO. 4

The United States and the defendant hereby stipulate and agree that Isaac N. Gibbons's last known residence within the United States is in Fairfax, Virginia, in the Eastern District of Virginia.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
John T. Gibbs
Assistant United States Attorney

_____
ISAAC N. GIBBONS

_____
Edward B. MacMahon, Jr.
David Benowitz
Counsel for ISAAC N. GIBBONS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:18-CR-454 (CMH) |
| v. | ) | |
| | ) | |
| ISAAC N. GIBBONS, | ) | |
| | ) | |
| Defendant. | ) | Trial: November 12, 2019 |

## STIPULATION NO. 6

The United States and the defendant hereby stipulate and agree that Government Exhibits 4 and 6 are true, accurate, and authentic copies of records kept in the course of regularly conducted business activities.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
John T. Gibbs
Assistant United States Attorney

_____
ISAAC N. GIBBONS

_____
Edward B. MacMahon, Jr.
David Benowitz
Counsel for ISAAC N. GIBBONS