IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V.                        ) | Criminal No. 1:18CR454 |
| ) | |
| ISAAC N. GIBBONS,          ) | |
| ) | |
|              Defendant.   ) | |
| ) | |

## ORDER

This matter comes before the Court on the Defendant's
Motion to Preclude the Proposed Expert Testimony of Dr. Matthew
Soulier.  For the reasons stated from the bench, it is hereby

ORDERED that Defendant's Motion is GRANTED.


_Claude M. Hilton_
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE


Alexandria, Virginia
November 7 , 2019