AO 245A   (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ EASTERN _____ DISTRICT OF _____ VIRGINIA _____

UNITED STATES OF AMERICA

V.

ISAAC N. GIBBONS

## JUDGMENT OF ACQUITTAL

CASE NUMBER:   1:18CR00454-001

The Defendant, ISAAC N. GIBBONS, was found not guilty on Counts 1, 2, and 3 of the Indictment. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated as to Counts 1, 2, and 3 of the Indictment in this case.

Signed this 14th day of Nov., 2019.

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE